UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:26-mj-00281-JCN |
| | ) | |
| KRISTINA KEDYSHEVA, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF TEMPORARY DETENTION**

Defendant appeared before the Court on September 9, 2026, for an initial appearance on a complaint. The Government filed a motion for detention. (Motion, ECF No. 3.) The Court informed Defendant of her rights to a preliminary hearing and to a hearing on the motion for detention. Defendant requested a preliminary hearing and a hearing on the Government's motion for detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on September 11, 2026, at 12:30 p.m. for a preliminary hearing and a hearing on the Government's motion for detention, if necessary.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 10th day of September, 2026.