**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTINA KEDYSHEVA | Criminal No. 1:26-cr-00281-JCN |

**GOVERNMENT'S NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the Government hereby dismisses the complaint in the above-captioned case.

Date: October 7, 2026

Respectfully submitted,
ANDREW B. BENSON
United States Attorney

BY: *<u>/s/Joel B. Casey</u>*
Joel B. Casey
Supervisory Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME 04401
(207) 945-0373
Joel.Casey@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I filed the Government's Notice of Dismissal using the CM/ECF system and emailed a copy of the same to the following counsel:

Erik Crocker, Esq.
Counsel for Defendant

ANDREW B. BENSON
United States Attorney

BY: *<u>/s/Joel B. Casey</u>*
Joel B. Casey
Supervisory Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME 04401
(207) 945-0373
Joel.Casey@usdoj.gov