UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:26-mj-00281-JCN |
| | ) | |
| | ) | |
| KRISTINA KEDYSHEVA | ) | |

## ORDER OF DISCHARGE

A Notice of Dismissal having been filed by the Government, it is therefore adjudged that the defendant, KRISTINA KEDYSHEVA, is hereby,

DISCHARGED of all counts as charged in the Criminal Complaint, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 7th day of October, 2026.

/s/ John C. Nivison
U.S. Magistrate Judge